UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 26-CR-20090-BLOOM/ELFENBEIN

UNITED STATES OF AMERICA,

v.

GIANKY NUNEZ,
        a/k/a "Yankee"
        a/k/a "Barba"

_____/

## NOTICE OF PERMANENT APPEARANCE

COMES NOW, ALEJANDRO D. DE VARONA, ESQ., and files this permanent appearance as counsel for the Defendant, GIANKY NUNEZ, in the above-styled cause. Counsel requests that all pleadings, notices, and/or other documents be sent to said counsel by the clerk of the above court.

***Please take notice that Counsel's Notice of Permanent Appearance will be valid through the conclusion of trial ONLY.***

Counsel acknowledges responsibility to advise the defendant of the right to appeal, and to file a timely notice of appeal if requested to do so by the defendant.

Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of March, 2026, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

THE LAW OFFICES OF
ALEJANDRO D. DE VARONA, P.A.
760 NW 107 Avenue
Suite 330
Miami, Florida 33172
Office:      (305) 227-7220
Facsimile:   (786) 497-3200
E-Mail:     adv@adevaronalaw.com

By: *Alejandro De Varona*

ALEJANDRO DE VARONA, ESQ
Florida Bar No.: 469343