UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 26-CR-20090-BLOOM/ELFENBEIN

UNITED STATES OF AMERICA,

v.

GIANKY NUNEZ,
    a/k/a "Yankee"
    a/k/a "Barba"

_____/

## DEFENSE COUNSEL'S NOTICE OF CHANGE OF ADDRESS

Attorney, ALEJANDRO D. DE VARONA, ESQ., files this Notice of Change of Address

in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall

be sent to:

Law Firm:    **The Law Offices of Alejandro D. De Varona, P.A.**
    **℅ Alejandro D. De Varona, Esq.**

Address:    **760 NW 107 Avenue**
    **Suite 330**
    **Miami, Florida 33172**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of March, 2026, I electronically filed the

foregoing with the Clerk of the Court by using CM/ECF system. I also certify that the foregoing

document is being served this day on all counsel of record in the manner specified either via

transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized

manner for those counsel who are not authorized to receive electronically Notices of Electronic

Filing.

THE LAW OFFICES OF
ALEJANDRO D. DE VARONA, P.A.
760 NW 107 Avenue
Suite 330
Miami, Florida 33172
Office:      (305) 227-7220
Facsimile:   (786) 497-3200
E-Mail:     adv@adevaronalaw.com

By:   *Alejandro De Varona*

ALEJANDRO DE VARONA, ESQ
Florida Bar No.: 469343