**2 DEFENDANTS**

# MINUTE ORDER

Page 1

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**    Date: 3/27/26    Time: 2:00 p.m.

Defendant:  1) Gianky Nunez    J#: 37808-506    Case #: 26-CR-20090-BLOOM/ELFENBEIN

AUSA:  Lynn Kirkpatrick    Attorney: Alejandro David De Varona (Perm)

Violation: Consp to Distribute Cocaine Intending, Knowing, and having Reasonable cause to Believe it Would be Unlawfully Imported into The U.S. Consp to Import Cocaine into The U.S. Consp to PWID Cocaine with Persons Onboard a Vessel subject to the Jurisdiction of The U.S.    Surr/Arrest Date: 3/26/26    YOB: 1989

Proceeding:  Initial Appearance/Arraignment    CJA Appt:

Bond/PTD Held: ◌    ◌    Recommended Bond:

Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language:    English

**Disposition:**

*Defendant advised of rights and charges*

*Counsel files permanent appearance for trial purposes only*

*STIP PTD w/right to revisit (no hrg. held).  Govt's ore tenus request for PTD is granted*

*Defendant Arraigned*

*Deft's ore tenus request for entry of the Standing Discovery Order; granted*

*\*Brady order given\**

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R.  14:04::35/14:07:59    Time in Court:    8 mins

s/Lauren F. Louis    Magistrate Judge