**2 DEFENDANTS**

# MINUTE ORDER

Page 2

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**          Date:  3/27/26      Time:  2:00 p.m.

Defendant:  2) Yuri Antonio Medina          J#:  37827-506      Case #:  26-CR-20090-BLOOM/ELFENBEIN

AUSA:  Lynn Kirkpatrick                              Attorney:

Violation:  Consp to Distribute Cocaine Intending, Knowing, and having Reasonable cause to Believe it Would be Unlawfully Imported into The U.S. Consp to Import Cocaine into The U.S. Consp to PWID Cocaine with Persons Onboard a Vessel subject to the Jurisdiction of          Surr/Arrest Date: 3/26/26      YOB: 1976

Proceeding:  Initial Appearance                         *CJA Appt:  Richard Merlino, Esq. (telephonic)*

Bond/PTD Held: ○      ○          Recommended Bond:

Bond Set at:                                            Co-signed by:

| | | Disposition: |
|---|---|---|
| ☐ | Surrender and/or do not obtain passports/travel docs          Language:  Spanish | |
| ☐ | Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person | ***Defendant advised of rights and charges*** |
| ☐ | Random urine testing by Pretrial Services          Treatment as deemed necessary | |
| ☐ | Refrain from excessive use of alcohol | ***Defendant's ore tenus request for court-appointed counsel; granted*** |
| ☐ | Participate in mental health assessment & treatment | |
| ☐ | Maintain or seek full-time employment/education | ***Defendant sworn; CJA counsel appointed*** |
| ☐ | No contact with victims/witnesses, except through counsel | |
| ☐ | No firearms | |
| ☐ | Not to encumber property | ***Govt rec PTD based on risk/danger; Govt's request for PTD hearing is granted*** |
| ☐ | May not visit transportation establishments | |
| ☐ | Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____ | |
| ☐ | Allowances: Medical needs, court appearances, attorney visits, religious, employment | ***\*Brady order NOT given\**** |
| ☐ | Travel extended to: | Time from today to _____ excluded from Speedy Trial Clock |
| ☐ | Other: | |

**NEXT COURT APPEARANCE**      Date:          Time:          Judge:                    Place:

Report RE Counsel:

| | | | |
|---|---|---|---|
| ***PTD Hearing:*** | ***4/1/26*** | ***1:30 p.m.*** | ***Duty/Miami*** |
| ***Arraignment:*** | ***4/1/26*** | ***1:30 p.m.*** | ***Duty/Miami*** |
| ***Telephonic Status Conf Re: CJA Payment*** | ***4/27/26*** | ***9:30 a.m.*** | ***Judge Louis Non-Duty Calendar*** |

D.A.R.  14:16:03                                    Time in Court:  15 mins

s/Lauren F. Louis                                    Magistrate Judge