UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami)

CASE NO.: 1:26-CR-20090-BB-3

UNITED STATES OF AMERICA,
*Plaintiff,*

v.

BALMES MANUEL ARIAS RODRIGUEZ,
*Defendant.*

_____/

## PERMANENT NOTICE OF APPEARANCE

The Defendant, BALMES MANUEL ARIAS RODRIGUEZ**,** by and through

undersigned counsel Bijan S. Parwaresch, respectfully files this Permanent Notice of

Appearance.

PLEASE TAKE NOTICE that the undersigned attorney, Bijan S. Parwaresch, Esq., files a

Permanent Notice of Appearance on behalf of the above-named Defendant on the above matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was e-filed

via CM/ECF and furnished to all parties who elected to receive service on this 02nd day of April,

2026.

Respectfully submitted,

By:      */s/ Bijan S. Parwaresch*
Law Offices of Bijan Parwaresch & Associates
FL Bar No. 127700
4770 Biscayne Blvd., Suite 1060
Miami, FL.  33137
Tel.  305-505-8858
bijanlaw@aol.com
*Attorney for Defendant*